**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**July 21, 2017**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

JAMES C. DOBSON, et al.,

    Plaintiffs - Appellees,

v.

THOMAS PRICE, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,

    Defendants - Appellants.

No. 14-1233

_____

**ORDER**
_____

On July 14, 2017, the government filed a status report in this matter which urged continued abatement based on new rulemaking undertaken by the Secretary. The same day, the appellees filed a status report which requested that the court "dismiss [the] appeal for the reasons stated in the motion to dismiss that they will file early next week." In the alternative, the appellees' status report requested that the court set the opening brief due August 14, 2017.

To date, no motion to dismiss has been filed. It remains unclear, therefore, what relief the appellees seek. Consequently, on or before July 26, 2017 the appellees shall file either 1) a motion to dismiss outlining the basis for that relief, and including the statement required by 10th Circuit Rule 27.1, or 2) a written response advising that a

motion will not be filed. This matter will remain abated pending receipt of the appellees' response.

                                          Entered for the Court

                                          ELISABETH A. SHUMAKER, Clerk