FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

October 23, 2017

Elisabeth A. Shumaker
Clerk of Court

---

JAMES C. DOBSON; FAMILY TALK,

    Plaintiffs - Appellees,

v.

THOMAS E. PRICE, in his official capacity as Secretary of the United States Department of Health and Human Services; R. ALEXANDER ACOSTA, in his official capacity as Secretary of the United States Department of Labor; STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF THE TREASURY,

    Defendants - Appellants.

No. 14-1233
(D.C. No. 1:13-CV-03326-REB-CBS)
(D. Colo.)

---

**ORDER**

---

This matter is before the court on Appellants' *Motion for Voluntary Dismissal* filed October 6, 2017. The motion states that Appellees do not consent to the motion and desire additional time to review and consider the new regulations that prompted the filing of Appellants' motion. The time for Appellees to file a response to the motion has now expired, and no response has been filed. *See* Fed. R. App. P. 27(a)(3) and 10th Cir. R. 27.3(A)(1). Accordingly, Appellants' motion is deemed unopposed.

In light of the foregoing, Appellants' *Motion for Voluntary Dismissal* is GRANTED, and this matter is dismissed pursuant to Fed. R. App. P. 42(b). A copy of this order shall stand as and for the mandate of this court.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk