**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 23, 2017 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Megan Barbero
Mr. Adam C. Jed
Ms. Alisa Beth Klein
Mr. Patrick Nemeroff
Mr. Joshua Marc Salzman
Mr. Mark B. Stern
U.S. Department of Justice
Appellate Staff, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Mr. Gregory Baylor
Alliance Defending Freedom
440 1st St NW, Suite 600
Washington, DC 20001

Ms. Michelle Renee Bennett
U.S. Department of Justice-DC-Federal Programs
20 Massachusetts Avenue N.W.
Washington, DC 20008

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. David Andrew Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road, NE
Suite D-1100
Lawrenceville, GA 30043-0000

Mr. Eric Nieuwenhuis Kniffin

Mr. Leonard Martin Nussbaum
Mr. Ian Seth Speir
Lewis Roca Rothgerber Christie
90 South Cascade Avenue, Suite 1100
Colorado Springs, CO 80903

Mr. Jeremy D. Tedesco
Mr. Kevin H. Theriot
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260

**RE:     14-1233, Dobson, et al v. Price, et al**
         Dist/Ag docket: 1:13-CV-03326-REB-CBS

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

                                    Sincerely,

                                    Elisabeth A. Shumaker
                                    Clerk of the Court

EAS/sds